**Order entered December 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00909-CV

## MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC., Appellants

## V.

## JENNIFER MUSSELL, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03437**

### ORDER

Before the Court is appellants' December 17, 2021 second motion for extension of time to file their brief. Appellants seek a twenty-one day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 10, 2022.

/s/     ROBERT D. BURNS, III
           CHIEF JUSTICE